ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN W. TAYLOR,<br><br>Defendant. | CASE NO. 3:26-MJ-00001-DMC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; TRANSFER TO SACRAMENTO; AND [PROPOSED] ORDER<br><br>DATE: July 15, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Dennis M. Cota |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a continued initial appearance on July 15, 2026.

2. By this stipulation, the parties now move to continue the status conference until July 31, 2026, and to exclude time between July 15, 2026, and July 31, 2026, under Local Code T4.

3. By this stipulation, the parties now move to transfer this case from the Redding to Sacramento. The defendant is presently in custody in Redding. The United States Marshals Service is unable to conduct prisoner transport for daily court hearings at the Redding Courthouse. Transfer to Sacramento would allow for more efficient use of

resources for prisoner transportation. Further, this matter is a Class A misdemeanor which provides for a jury trial. A jury trial can more efficiently be conducted in the Sacramento Courthouse. Further, defense counsel has raised a doubt as to the competence of the defendant within the meaning of 18 U.S.C. § 4241. A competency evaluation can more efficiently be conducted in Sacramento. Accordingly, efficient allocation of resources warrant transfer of this matter to Sacramento from Redding.

4. If the Court denies the request to continue this matter, the parties agree and stipulate that a hearing via video teleconference is appropriate in this matter on July 15, 2026, at 2:00 p.m.

5. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct defense investigation, review the discovery, and otherwise prepare for trial. In addition, defense counsel needs addition time to investigate the competency of the defendant.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 15, 2026 to July 31, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and

the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 13, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 13, 2026

/s/ ALLISON MARGOLIN
ALLISON MARGOLIN
Counsel for Defendant
BENJAMIN W. TAYLOR

**[PROPOSED] ORDER**

This matter is CONTINUED to July 31, 2026, at 2:00 p.m. Further, this matter is TRANSFERRED from Redding to Sacramento. The Clerk's Office shall re-assign this case and make any assignment adjustments. IT IS SO ORDERED this 13th day of July 2026.

Dated: July 13, 2026

Hon. DENNIS M. COTA
United States Magistrate Judge