FILED
July 31, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN W. TAYLOR

Defendant.

Case No. 2: 26-mj-0100-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BENJAMIN W. TAYLOR Case No. 2: 26-mj-0100-CKD Charges 43 CFR 8365.1-4(b)(2) from custody for the following reasons:

x Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

____ Unsecured Appearance Bond $ ____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other): .

Issued at Sacramento, California on July 31, 2026 at 2:38 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney